# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1303
Lower Tribunal No. 2022-CF-1017

_____

THADDEUS JOSEPH MAJTYKA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Christopher E. Cosden, Fort Myers, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED